UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Patricia Sutton, | ) | Case No. 11-43601 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: February 7, 2013 |
| | ) | Hearing Time: 10:00 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:           Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                  March 8, 2012

Period for Which
Compensation is sought:      March 8, 2012 to Close of Case

Amount of Fees sought:       $1,670.00

Amount of Expense
Reimbursement sought:        $0.00

This is an:    Interim Application __     Final Application  **X**

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___ .

Dated: December 5, 2012                    Baldi Berg & Wallace, Ltd.

                                           By:   /s/Elizabeth C. Berg
                                                 Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| Patricia Sutton, ) | Case No. 11-43601 |
| ) | Honorable Carol A. Doyle |
| Debtor. ) | (Kane County) |
| ) | Hearing Date: February 7, 2013 |
| ) | Hearing Time: 10:00 A.M. |

**Application for Allowance and Payment of Final Compensation
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Patricia Sutton, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of (1) $1,670.00 as final compensation for 8.50 hours of legal services rendered to the Trustee from March 8, 2012 through the close of this case. In support thereof, BBW respectfully states as follows:

### Introduction

1.    Debtor commenced this case on October 27, 2011 by filing a voluntary petition for relief under chapter 7 of the Code.

2.    Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.    As of the commencement of this case, the Estate's assets were the Debtors' 2010 Federal and State Income Tax Refunds and a 2005 Hyundai Santa Fe (the "Property").

4.    The bar date for filing claims in this case was July 23, 2012.

### Retention of BBW

5.    On March 8, 2012, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as

counsel for Trustee at all times since its retention.

6.  The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee in this case are:

   Elizabeth C. Berg – Partner
   Julia D. Loper - Associate
   Ricki K. Podorovsky – Paralegal
   Jason M. Manola – Paralegal

### Prior Compensation Received

7.  This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by BBW

8.  Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.  The services rendered by BBW during the period covered by this Application are summarized as follows: BBW advised the Trustee as to general case administration matters including, advising the Trustee as to the Estate's interest in the Property, advising the Trustee on the Debtors' proposed purchase of their interest in the Property; as requested by the Trustee, BBW prepared and presented the Trustee's Motion to Settle with the Debtor; BBW also advised the Trustee as to her duties and obligations under the Bankruptcy; and prepared this final fee application.

### Compensation Requested

10. In connection with the foregoing services described and categorized in paragraph nine above, BBW spent 8.50 hours for which it requests allowance and payment of final compensation in the amount of $1,670.00.

11. All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case, except to the extent that BBW voluntarily reduces its request for compensation as set forth herein.

14. BBW has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed her Final Report simultaneously herewith. The Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

19. Trustee currently has approximately $5,900.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a distribution to timely filed general unsecured creditors.

### Trustee's Approval

21. BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

      A.      Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $1,670.00 for actual and necessary professional services rendered to the Trustee from March 8, 2012 through the closing of this case;

      B.      Authorizing the Trustee to pay the amount awarded from the funds in the case as part of her final distribution; and

      C.      For such other and further relief as this Court deems appropriate.

Dated: December 5, 2012            Baldi Berg & Wallace, Ltd.

                                           Attorneys for Elizabeth C. Berg, as trustee of the estate of Patricia Sutton, debtor

                                           By:   /s/_____
                                                   Elizabeth C. Berg

Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St. Suite 1500
Chicago, IL 60603
312.726.8150

5

**Baldi Berg & Wallace**                                                   **Patricia Sutton, Debtor**
**Final Fee Application**                                                  **Case No. 11-43601**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-43601 |
| Patricia Sutton | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS

This matter coming to be heard on the Trustee's Motion to Employ Attorneys; due and proper notice having been given; and the Court being duly advised in these premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, Trustee of the bankruptcy estate of Patricia Sutton is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as her attorneys in this case with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: /s/ Manuel Barbosa

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  March 08, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg & Wallace**                                                                **Patricia Sutton, Debtor**
**Final Fee Application**                                                    **Case No. 11-43601**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace**
**Final Fee Application**

**Patricia Sutton, Debtor**
**Case No. 11-43601**

**Billing Statements**

**Exhibit C**

# Baldi Berg & Wallace, Ltd.
### 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:**   (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

December 4, 2012
Invoice No:   02144

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, ILLINOIS 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *Sutton - General Adminstration* | | | | | | | |
| | 5.60 | $1,094.00 | $0.00 | $1,094.00 | $0.00 | $0.00 | $1,094.00 |
| *Sutton - Retention of Professionals* | | | | | | | |
| | 2.90 | $576.00 | $0.00 | $576.00 | $0.00 | $0.00 | $576.00 |

Balance Due    $1,670.00

**Baldi Berg & Wallace, Ltd**                                    12/04/2012

Sutton - General Adminstration                                   Page    2

---

**In Reference to:**   *Sutton - General Adminstration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/22/2012 | RKP | Draft routine motion for abandonment of property (.6); edit notice per E. Berg (.2); prepare motion and notice for filing and service (.3); prepare motion to employ for filing and service (.2). | 1.30<br>$195.00/ hr | $253.50 |
| 3/08/2012 | ECB | Court appearance on routine motion to abandon property | 0.10<br>$300.00/ hr | $30.00 |
| 3/14/2012 | JDL | Cf w/ Trustee re: settlement terms (.3) Prepare motion to approve settlement (1.2) | 1.50<br>$235.00/ hr | $352.50 |
| 3/15/2012 | JDL | Prepare 2002 notice and proposed order for motion to approve settlement. | 0.30<br>$235.00/ hr | $70.50 |
| 3/28/2012 | ECB | Review and revise Motion to Settle | 0.20<br>$300.00/ hr | $60.00 |
| 4/19/2012 | ECB | Present motion to approve settlement with debtor re car and tax return | 0.20<br>$300.00/ hr | $60.00 |
| 4/20/2012 | ECB | Email to debtor's counsel to confirm approval of settlement | 0.10<br>$300.00/ hr | $30.00 |
| 12/04/2012 | JMM | Prepare Atty Fee App (1.7), Prepare Final Compensation Orders (.2) | 1.90<br>$125.00/ hr | $237.50 |

|   |   |
|---|---|
| Total Fees | $1,094.00 |
| Total New Charges | $1,094.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,094.00 |

**Baldi Berg & Wallace, Ltd**  12/04/2012

Sutton - General Adminstration   Page   3

### Timekeeper Summary

| Name | Hours | Rate |
| --- | --- | --- |
| Elizabeth C Berg | 0.60 | $300.00 |
| Julia D Loper | 1.80 | $235.00 |
| Jason M Manola | 1.90 | $125.00 |
| Ricki K Podorovsky | 1.30 | $195.00 |

**Baldi Berg & Wallace, Ltd**  12/04/2012

Sutton - Retention of Professionals

Page   4

**In Reference to:** *Sutton - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/07/2012 | RKP | Prepare Motion to Employ Attorneys (.8); proposed order (.1);and affidavit (.1); review schedules and file for information needed to prepare motion to employ and abandon motion (.3); review E. Berg memo re: same (.1); draft notice of abandonment (1.0); proposed order (.2); and certificate of service (.1); verify parties for service (.1) | 2.80 $195.00/ hr | $546.00 |
| 3/08/2012 | ECB | Court appearance on motion to retain Estate counsel | 0.10 $300.00/ hr | $30.00 |

|  |  |
|---|---|
| Total Fees | $576.00 |
| Total New Charges | $576.00 |
| Previous Balance | $0.00 |
| Balance Due | $576.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.10 | $300.00 |
| Ricki K Podorovsky | 2.80 | $195.00 |

**Baldi Berg & Wallace**  **Patricia Sutton, Debtor**
**Final Fee Application**  **Case No. 11-43601**

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Patricia Sutton, | ) | Case No. 11-43601 |
| | ) | |
| | ) | Honorable Manuel Barbosa |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this 5 day of December, 2012

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**