# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
SUTTON, PATRICIA § Case No. 11-43601
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:00 a.m.
> on February 7, 2013
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner
                                        Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              §
                                                    §
SUTTON, PATRICIA                                    §          Case No. 11-43601
                                                    §
            Debtor(s)                               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,900.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,900.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,340.00 | $ 0.00 | $ 1,340.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 1,670.00 | $ 0.00 | $ 1,670.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,010.00 |
| Remaining Balance | $ 2,890.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,089.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 70.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 4,089.02 | $ 0.00 | $ 2,890.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,890.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

NONE

Prepared By: /s/ Elizabeth C. Berg
                    Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-43601-CAD
Patricia Sutton                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe              Page 1 of 2           Date Rcvd: Jan 08, 2013
                              Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2013.
db         +Patricia Sutton,   1100 Geneva Rd. No. 44D,   Saint Charles, IL 60174-4241
17977816   +Banner Property Management, LLC,   1100 Geneva Rd.,   Saint Charles, IL 60174-4252
17977817   ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Chase,   Po Box 1093,   Northridge, CA 91328)
17977818   +Chase Bank,   PO Box 24696,   Columbus, OH 43224-0696
17977819   +Chase Home Finance, LLC,   10790 Rancho Bernardo Road,   San Diego, CA 92127-5705
17977820    Citibank,   P.O. Box 6283,   Souix Falls, SD 57117-6283
17977821   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati, OH 45202)
17977822    Fifth Third Bank,   P.O. Box 63900 CC 3110,   Cincinnati, OH 45263-0900
17977823    Kane County Treasurer,   P.O. Box 4025,   Geneva, IL 60134-4025
17977824   +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
17977825   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
17977826   +Us Department Of Education,   Po Box 5609,   Greenville, TX 75403-5609
17977827    Visa,   US Bank,   P.O. Box 790408,   St Louis, MO 63179-0408
17977828   +Webster Bank,   609 W Johnson Ave,   Cheshire, CT 06410-4502
17977829   +Wells Fargo Bank,   P.O. Box 5185,   Souix Falls, SD 57117-5185
17977830   +Wells Fargo Ed Financial Service,   301 E 58th St N,   Sioux Falls, SD 57104-0422
17977831   +Zachary Sigler,   1 Caren ct.,   South Elgin, IL 60177-1084

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18996932   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 09 2013 01:00:39
             PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2013**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: vrowe              Page 2 of 2              Date Rcvd: Jan 08, 2013
                              Form ID: pdf006          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2013 at the address(es) listed below:

        Andrew J Nelson   on behalf of Creditor   Fifth Third Mortgage Company anelson@atty-pierce.com, northerndistrict@atty-pierce.com

        Dana N O'Brien   on behalf of Creditor   Fifth Third Mortgage Company dobrien@atty-pierce.com, northerndistrict@atty-pierce.com

        Dawn L. Moody   on behalf of Creditor   The Townhomes of Woodbridge Condominium Association dlm@kmlegal.com, lsg@kmlegal.com

        Elizabeth C Berg   bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com

        Elizabeth C Berg   on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net

        Gloria C Tsotsos   on behalf of Creditor   JPMorgan Chase Bank, National Association nd-three@il.cslegal.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        Roxanna Hipple   on behalf of Debtor Patricia Sutton rhipple@sprynet.com, rhipple62@gmail.com

        TOTAL: 8