UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| | § | |
| SUTTON, PATRICIA | § | Case No. 11-43601 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:     CHAPTER 7 ADMIN. FEES     AND CHARGES     (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER     ADMIN. FEES AND     CHARGES (from **Exhibit 5**) | | | | |
|     PRIORITY UNSECURED     CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on                . The case was pending for    months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
  Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Chase Home Finance, LLC 10790 Rancho Bernardo Road San Diego, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 Fifth Third Bank<br>38 Fountain Square Plz<br>Cincinnati, OH 45202 | | | | | |
| | Creditor #: 3 Webster Bank<br>609 W Johnson Ave Cheshire,<br>CT 06410 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Kane County Treasurer P.O. Box 4025 Geneva, IL 60134-4025 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Citibank P.O. Box 6283 Souix Falls, SD 57117-6283 | | | | | |
| | Creditor #: 2 Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Creditor #: 3 Us Department Of Education Po Box 5609 Greenville, TX 75403 | | | | | |
| | Creditor #: 4 Wells Fargo Ed Financial Service 301 E 58th St N Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - SUTTON
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-43601 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | SUTTON, PATRICIA | | | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | | | | 341(a) Meeting Date: | 11/21/11 |
| For Period Ending: | 06/21/13 | | | Claims Bar Date: | 07/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 139,200.00 | 0.00 | | 0.00 | FA |
| Residence: 910 Harbor Town Drive Elgin, IL 60123 | | | | | |
| 2. RENTAL PROPERTY | 137,600.00 | 0.00 | | 0.00 | FA |
| Rental: 556 Lancaster Circle, Elgin, IL 60123 | | | | | |
| 3. Financial Accounts | 600.00 | 0.00 | | 0.00 | FA |
| Checking Account: Personal account | | | | | |
| 4. Financial Accounts | 2,250.00 | 0.00 | | 0.00 | FA |
| Savings Account: Personal account | | | | | |
| 5. Security Deposits | 400.00 | 0.00 | | 0.00 | FA |
| Banner Property Management, LLC | | | | | |
| 6. Household Goods | 620.00 | 0.00 | | 0.00 | FA |
| Furniture, Appliances, Office, Books, Audio, Video | | | | | |
| 7. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| Clothes | | | | | |
| 8. Insurance Policies | 1,120.00 | 0.00 | | 0.00 | FA |
| Insurance: Physicians Life Insurance | | | | | |
| 9. Pension or Profit Sharing Plans | 79.00 | 0.00 | | 0.00 | FA |
| Retirement: Sears Holdings 401 (K) Savings | | | | | |
| 10. Vehicle | 6,500.00 | 3,210.00 | | 3,210.00 | FA |
| 2005 Hundyai Santa Fe, 59,129 miles | | | | | |
| 11. Tax Refund (u) | 0.00 | 2,690.00 | | 2,690.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $288,669.00 $5,900.00 $5,900.00 $0.00

(Total Dollar Amount in Column 6)

LFORM1  
UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.05c

FORM 1 - SUTTON
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 11-43601 CAD Judge: CAROL A. DOYLE | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: SUTTON, PATRICIA | Date Filed (f) or Converted (c): 10/27/11 (f) |
| | 341(a) Meeting Date: 11/21/11 |
| | Claims Bar Date: 07/23/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reached compromise and settlement with Debtor to recover $5900 on account of Estate's interest in Debtor's tax returns and equity in car. TR has reviewed claims and will prepare final report and make final distribution.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

/s/   Elizabeth C. Berg, Trustee
_____ Date: 06/21/13
    ELIZABETH C. BERG, TRUSTEE

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-43601 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | SUTTON, PATRICIA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6658 Checking Account |
| Taxpayer ID No: | *******0778 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/12 | 10, 11 | Patricia Sutton | Settlement - Tax Refund & Vehicle | 1224-000 | 5,900.00 | | 5,900.00 |
| 02/08/13 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Final Compensation | 2100-000 | | 1,340.00 | 4,560.00 |
| 02/08/13 | 003002 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,670.00 | 2,890.00 |
| 02/08/13 | 003003 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 70.67708% | 7100-000 | | 2,890.00 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 5,900.00 | 5,900.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,900.00 | 5,900.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,900.00 | 5,900.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********6658 | 5,900.00 | 5,900.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 5,900.00 | 5,900.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  5,900.00  5,900.00

Ver: 16.05c

FORM 2 - stpl.04

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-43601 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | SUTTON, PATRICIA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6658 Checking Account |
| Taxpayer ID No: | *******0778 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*